583 A.2d 314

STATE OF NEW JERSEY v. GEORGE N. LOWE.

January 23, 1990.

Petition for certification denied.

583 A.2d 314

STATE OF NEW JERSEY v. TERRY WILSON.

January 23, 1990.

Petition for certification denied.

583 A.2d 314

STATE OF NEW JERSEY v. ANTON NELSON.

January 23, 1990.

Petition for certification denied.

583 A.2d 315

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. V.K. AND L.K.

IN THE MATTER OF J.K. AND V.K., MINORS.

January 23, 1990.

Petition for certification denied. (See 236 *N.J.Super.* 243, 565 *A.*2d 706)